OPINION — AG — ** PROCEEDS OF THE SALE OF SCHOOL PROPERTY ** THE PROCEEDS OF THE SALE OF THE SEPARATE SCHOOL PROPERTY, LOCATED IN A DEPENDENT SCHOOL DISTRICT, REFERRED IN YOUR LETTER, MUST BE APPORTIONED BY THE STATE BOARD OF EDUCATION, AND THAT THE COUNTY SUPERINTENDENT OF SCHOOLS IS NOW 'WITHOUT' AUTHORITY TO APPORTION THE SAME. (SALE, INCOME, LAND, PROPERTY, APPORTIONMENT, FUNDS, PROFIT) CITE: 70 O.S. 5-9 [70-5-9] (J. H. JOHNSON)